1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

11  HUGO BELTRAN,

12              Plaintiff,

13        v.

14  CLIFTON LEE CUNNINGHAM;

15  UNITED STATES POSTAL SERVICE;

16  DOES 1–25, inclusive,

17              Defendants.

18

Case № 2:16-cv-09441-ODW (KS)

**ORDER TO SHOW CAUSE RE SERVICE**

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

In the reviewing the record for this case, it appears that the government has not been properly served with the complaint pursuant to Federal Rule of Civil Procedure 4(i).   Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE** in writing by February 3, 2017, why proper service has not been affected.   Failure to comply with this order will result in *dismissal of this case without prejudice* without further notice from the Court.

**IT IS SO ORDERED.**

January 24, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**